## (December 14, 1939.)

In the Matter of the Application of JOHN COX and Others against PAUL J. KERN and Others. In the Matter of the Application of ALBERT SCHENDEL and

Others against Paul J. Kern and Others. In the Matter of the Application of John Braithwaite and Others against Paul J. Kern and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *ante*, pp. 791, 795.]

In the Matter of the Construction of the Will of Henry Evans, Deceased.— Reargument ordered for January 2d, 1940. [See *post*, p. 1037.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.